**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:04cr65-01/RV

ADRIAN DICKERSON

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   February 26, 2009

Motion/Pleadings:   Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582 (c)(2) and USSG § 1B1.10

Filed by   Defendant     on  2/23/2009     Doc.#     62

RESPONSES:

 Government     on 3/24/09     Doc.#     65

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

   s/Jerry Marbut
Deputy Clerk: Jerry Marbut

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this   18th   day of   June   , 2009, that:

(a)   The requested relief is DENIED.

(b)   The Defendant is not eligible for a sentence reduction under Amendments 706 and 711. He was sentenced to a minimum mandatory term of imprisonment.

   /s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE